GRACE H. MURRAY et al., as Executors of ELIZABETH H. STANTON, Deceased, Appellants, *v.* CITY OF NEW YORK, Respondent, and A. GORDON MURRAY et al., as Committee, Appellants, Impleaded with Another.

Submitted January 24, 1938; decided January 25, 1938.

*George Gordon Battle, Albert G. Avery* and *A. Gordon Murray* for motion.

*William C. Chanler, Corporation Counsel (Herman Horowitz* and *Arthur A. Segall* of counsel), opposed.

Motion denied, with ten dollars costs and necessary printing disbursements. If there be a constitutional question appeal will lie as of right.